JOHN S. LEONARDO
United States Attorney
District of Arizona
JAROM M. RICKS
Special Assistant United States Attorney
ATTN: ATZS-JAE (CPT Jarom M. Ricks)
Fort Huachuca, AZ 85613-7025
Email : jarom.m.ricks.mil@mail.mil
Phone: (520) 533-5634
Attorneys for Plaintiff

FILED ✓  LODGED
RECEIVED  COPY

MAR - 5 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Daniel Hoffman,<br><br>Defendant. | Case No: 14-PO-7103-JR<br><br>INFORMATION<br><br>A.R.S. § 13-1602 Criminal Damage<br><br>A.R.S. § 13-1802.A.1 Theft |

THE UNITED STATES ATTORNEY CHARGES

COUNT I

A.R.S. § 13-1602 Criminal Damage

On or about September 2nd, 2013, Daniel Hoffman defaced or damaged the Morale, Welfare, and Recreation storage shed, Building 48062 on Fort Huachuca, Arizona, by breaking away the door and window cover to the shed in violation of A.R.S. § 13-1602, Criminal Damage, a class two misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 USC §§ 13 and 7, a Federal Class C misdemeanor.

## COUNT II

### A.R.S. § 13-1802.A.1 Theft

On or about December 15th, 2012, Daniel Hoffman took control of under $1,000 worth of electric generators, the property of another, without lawful authority, at Building 48062 on Fort Huachuca, Arizona, with the intent to deprive the other person of such property in violation of A.R.S. §13-1802.A.1., Theft, a class one misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 USC §§ 13 and 7, a Federal Class B misdemeanor.

Respectfully submitted this 5th day of March, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Jarom M. Ricks*

JAROM M. RICKS
Special Assistant U.S. Attorney