IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

```
                                   ✓ FILED      ____ LODGED
                                   ___ RECEIVED ____ COPY

                                        MAR - 5 2014

                                   CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                   BY_____ DEPUTY
```

UNITED STATES OF AMERICA     *
                             *
VS.                          *     CASE NO.   14-po-7103-JR
                             *
DANIEL HOFFMAN               *

## NOTICE OF PENALTY

### COUNT 1

Violation:            A.R.S. § 13-1602, Criminal Damage, an Arizona class two misdemeanor, equivalent to a Federal Class C misdemeanor.

Penalty:              Minimum: Not less than 5 days in jail.

                      Maximum: 4 months in jail, $750 fine, probation not more than 2 years

Special Assessment:   $5.00

### COUNT 2

Violation:            A.R.S. §13-1802.A.1., Theft, an Arizona class one misdemeanor, equivalent to a Federal Class B misdemeanor

Penalty:              Minimum: Not less than 30 days in jail.

                      Maximum: 6 months in jail, $2,500 fine, probation not more than 3 years

Special Assessment:   $10.00