| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | |

DATE: 3/5/2014    CASE NUMBER: 14-07103M-P-TUC-(JR)

USA vs. Daniel Hoffman

DEFENDANT: ☐ PRESENT  ☒ NOT PRESENT  ☐ RELEASED  ☐ CUSTODY

U.S. MAGISTRATE JUDGE: JACQUELINE M. RATEAU  Judge #: 70BN

U.S. Attorney  Jarom Ricks                    INTERPRETER REQ'D  N/A

Attorney for Defendant  Eric Marsteller (DUTY)    ☐ Appt  ☐ Ret  ☒ FPD  ☐ Spec Appr

STATUS HEARING: Defendant is not present.

Defense Counsel informs Court that based on report from Pretrial Services, defendant had another court matter to attend on this day.

Counsel requests to continue, Government does not object.

Court continues Initial Appearance, matter set for April 2, 2014 at 9:00 AM before Magistrate Judge Markovich.

Recorded by Courtsmart
BY:   Allison Siquieros
Deputy Clerk

Status: 0

Start time: 9:11 AM
Stop time: 9:23 AM