# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
### Tucson

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 4:14–po–07103–JR |
| | Magistrate Judge Jacqueline M Rateau |
| Daniel Hoffman | |
| Defendant. | |
| TYPE OF CASE:   Petty Offense | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE OF HEARING as to Daniel Hoffman. Initial Appearance set for 4/2/2014 at 09:00 AM in Courtroom 3A, 405 West Congress Street, Tucson, AZ 85701 before Magistrate Judge Eric J Markovich. (ARS)

**PLACE**
Tucson

Tucson, AZ

March 6, 2014

s/ Brian D. Karth, Clerk
s/ ARS, Deputy Clerk