UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - TUCSON

MAGISTRATE JUDGE'S MINUTES

DATE:  4/2/2014            CASE NUMBER:   14-07103M-P-TUC-JR

USA vs.  Daniel Hoffman

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ RELEASED ☐ CUSTODY ☐ WRIT

U.S. MAGISTRATE JUDGE:  BERNARDO P. VELASCO  Judge #: 70BJ

U.S. Attorney  Jarom Ricks                                  INTERPRETER REQ'D   N/A

Attorney for Defendant  Deirdre Mokos (AFPD-DUTY)

☒ Dft. Daniel Hoffman  states T/N is  SAME

☒ Dft. Daniel Hoffman  Court enters plea of  not guilty  for the defendant.

☒ Financial Affidavit taken- Court finds defendant is eligible for court appointed assistance, thereafter, Brad Armstrong (CJA) is appointed as counsel of record.

☒ Counsel shall have 20 days to file Motions.

☒ Motion Hearing Date: ☒  to be set if any motions filed  ☐ same as trial date.

☒ Plea Deadline:  5/2/2014 by 3:00 PM

☒ Ordered case continued to 5/12/2014 at 9:00 AM for **court trial** jury trial before the Hon.  MAGISTRATE JUDGE RATEAU.

☒ Defendant signed Order Specifying Methods and Conditions of Release and was released on  his own recognizance. The defendant was advised on the record of his conditions of release.

Court **ORDERED** conditions:
1) The Defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.
2) The Defendant shall not commit any federal, state, or local crime.
3) The Defendant shall immediately advise the Court, defense counsel, and U.S. Attorney in writing before any change in address/telephone number.
   Government ☒ Concurs ☐ Objects ☐ Recommends

☒ An original and one copy of the exhibit list, proposed witness list and all exhibits shall be submitted to the Courtroom Clerk on the day of trial. All exhibits shall be pre-marked by counsel; counsel shall contact Courtroom Clerk for same one week prior to trial. **Counsel shall provide the Court with a tabbed binder of their exhibits for use at trial.**

☐ Unless otherwise ordered, counsel shall file with the Court proposed voir dire questions and proposed jury instructions **at least five (5) working days before trial**.

"Last minute or eleventh hour" matters which delay the start of trial will be met with disfavor, and could result in denial of matters or imposition of sanctions.

ALL ATTORNEYS, AND THEIR CLIENTS, ARE TO BE PRESENT IN THE COURTROOM AT LEAST FIFTEEN (15) MINUTES BEFORE THE SCHEDULED START OF TRIAL.

|  |  |
|---|---|
| Recorded by Courtsmart | I/A:  5 min. |
| BY:  Allison Siquieros | DH:  0 |
| Deputy Clerk |  |

Start time:  9:18 AM
Stop time:  9:23 AM