```
                    FILED ____    ____ LODGED
                    RECEIVED ____ ____ COPY

                         APR - 2 2014

                     CLERK U S DISTRICT COURT
                       DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA )
) MAGISTRATE JUDGE'S DOCKET
v. ) NUMBER **14-7103-PO-JR (CVB)**
)
**Daniel Hoffman** ) ORDER SPECIFYING METHODS AND
Defendant. ) CONDITIONS OF RELEASE

IT IS HEREBY ORDERED that the above-named defendant be released on the following checked conditions:

- ☒ The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.
- ☒ The defendant shall not commit any federal, state or local crime.
- ☒ The defendant shall immediately advise the court, defense counsel and U.S. Attorney in writing before any change in address/telephone number.
- ☐ The defendant shall:
  - ☐ maintain or actively seek verifiable employment and provide proof of such to Pretrial Services.
  - ☐ abide by the following restrictions on his personal associations, place of abode, or travel:
  - ☐ avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:_____
  - ☐ report on a regular basis to the following agency: <u>PRETRIAL SERVICES AS DIRECTED (520) 205-4350</u>
  - ☐ comply with the following curfew: _____
- ☐ The defendant is placed in the custody of _____
- ☐ The defendant shall surrender all passports and visas to the Court and shall not apply for any other passports.
- ☐ The defendant shall not possess any firearm, destructive device, or other dangerous weapon.
- ☐ The defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.
- ☐ The defendant shall refrain from excessive use of alcohol and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC 802 unless prescribed by a licensed medical practitioner. The defendant shall submit to drug and/or alcohol treatment, not limited to urine drug testing and breathalyzer tests, at the discretion of Pretrial Services. The defendant shall make a copayment directly to the agency contracted by Pretrial Services to provide any required counseling or drug testing, in an amount to be determined by Pretrial Services, not to exceed the total cost of services rendered, each month until these services are terminated.
- ☐ The defendant shall enroll in an intensive substance abuse program within 30 days and provide proof of such to Pretrial Services.

- ☐ Other: _____

## APPEARANCE AND PENALTIES

IT IS FURTHER ORDERED that the defendant shall appear:

Before the **Hon. Jacqueline Rateau** at the Evo A. DeConcini U.S. Courthouse, 405 W. Congress, Tucson, Arizona on **May 12, 2014 at 9:00 A.M. in Courtroom 6E** and at such other places and time as the United States Magistrate Judge or Court may order or direct. Your deadline to enter a plea: **May 2, 2014 by 3:00 P.M.**

If the defendant violates any condition of his/her release, a warrant for his/her arrest will issue immediately. After arrest, the terms and conditions of any further release will be redetermined.

If the defendant fails to appear before any court or judicial officer as required, an additional criminal case may be instituted against him/her. If the failure to appear is in connection with a misdemeanor, or while awaiting sentence, or pending appeal or certiorari after conviction, the penalty is a fine of not more than the maximum provided for the misdemeanor or imprisonment for not more than one year, or both.

## ACKNOWLEDGMENT BY DEFENDANT

I, the undersigned defendant, understand the methods and conditions of my release which have been checked above and the penalties and forfeitures applicable in the event I violated any condition or fail to appear as required.

I agree to comply fully with each of the obligations imposed on my release and to notify the Magistrate Judge or Court promptly in the event I change the address indicated below.

**Signature of Defendant** (Daniel Hoffman)

Mailing Address

City     State     Zip Code

Home Telephone Number / Work Telephone Number

RELEASE ORDERED:

Bernardo P. Velasco
U.S. MAGISTRATE JUDGE

Date: April 2, 2014