1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                             DISTRICT OF ARIZONA

8

9   United States of America,            )
                                          )
10          Plaintiff,                    )        Case No. 14-07103PO(JR)      CVB
                                          )
11          vs.                           )              **O R D E R**
                                          )
12  Daniel Hoffman,                       )
                                          )
13          Defendant.                    )
    _____    )

14

15          This case is presently set for trial on May 12, 2014.  The Defendant filed a Motion to

16  Continue and for the reasons set forth therein additional time is required to negotiate a non-

17  trial disposition or adequately prepare for trial.

18          The Court finds that the ends of justice served by granting a continuance outweigh the

19  best interests of the public and the defendant in a speedy trial because, for the reasons set

20  forth in the motion, failure to grant the continuance is likely to result in a miscarriage of

21  justice if the government is required to go to trial on the present trial date.

22          IT IS ORDERED as follows:

23          1.      THE DATE BY WHICH THE REFERRED MAGISTRATE JUDGE HEARS

24  THE CHANGE OF PLEA MUST BE NO LATER THAN **June 27, 2014 by 3:00 p.m.**

25          2.      This matter is RESET for trial on **July 7, 2014 at 9:00 a.m.**  Counsel are to be

26  present at **8:30 a.m.**

1    3.    That any and all subpoenas previously issued shall remain in full force and

2  effect through the new trial date.

3    4.    Any motion or stipulation to continue the scheduled trial date and change of

4  plea hearing deadline shall be filed with the Clerk of Court no later than 5:00 p.m. **June 30,**

5  **2014.**

6    DATED this 6th day of May, 2014.

7

8

9    Jacqueline M. Rateau
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26