FILED ___ LODGED
RECEIVED ___ COPY

JAN 1 2 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   SAMUEL SILERIO
3  Special Assistant United States Attorney
   ATTN: ATZS-JAE
4  Fort Huachuca, AZ  85613-7025
   Email : samuel.j.silerio.mil@mail.mil
5  Phone: (520) 533-5524
6  Attorneys for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT
8                  FOR THE DISTRICT OF ARIZONA

9
10  United States of America,              )  Case No:  14-07103*M*-P-TUC-JR
                                           )
11              Plaintiff,                 )
                                           )  PLEA AGREEMENT
12  vs.                                    )
                                           )
13  Daniel Hoffman,                        )
                                           )
14              Defendant.                 )
                                           )
15                                         )
                                           )
16  _____)

17

18      Pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the United States

19  Attorney for the District of Arizona, and SAMUEL SILERIO, Special Assistant United States

20  Attorney, and the defendant, agree to the following disposition of this matter:

21                            PLEA

22      The defendant agrees to plead guilty to the charges of **Criminal Damage**, in violation of

23  A.R.S. § 13-1602, and **Theft**, in violation of A.R.S. § 13-1802.A.1.

24

25                    ELEMENTS OF THE OFFENSES

26  CRIMINAL DAMAGE:

27      1.  Recklessly defacing or damaging property;

28      2.  Of another person.

**E-FILED**

THEFT:

    1. Knowingly and without lawful authority;

    2. Controls property of another with the intent to deprive the other person of such property.

STIPULATIONS, TERMS AND AGREEMENTS

A violation of A.R.S. § 13-1602 is an Arizona class two misdemeanor, equivalent to a Federal Class C misdemeanor, as such, the maximum punishment is four months of jail time, a fine of $750.00 dollars, and probation for a period not to exceed two years. The defendant must also pay a special assessment fee of $5.00. A violation of A.R.S. § 13-1802.A.1 is an Arizona class one misdemeanor, equivalent to a Federal Class B misdemeanor, as such, the maximum punishment is six months of jail time, a fine of $2,500.00 dollars, and probation for a period not to exceed three years. The defendant must also pay a special assessment fee of $10.00. The special assessments are due and payable at the time the defendant enters the plea of guilty, and must be paid by the time of sentencing unless the defendant is indigent. If the defendant is indigent, the special assessment fee will be collected according to 18 USC chapters 227 and 229.

AGREEMENTS REGARDING SENTENCING

Pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the government and defendant stipulate and agree that the following is an appropriate disposition of this case:

    a.  Up to one hundred eighty (0 – 180) days of jail time;

    b.  Special assessment fee of $15.00 ($5.00 and $10.00 respectively)

WAIVER OF DEFENSE AND APPEAL RIGHTS

The defendant waives any and all motions, defenses, probable cause determinations, and objections that which the defendant could assert to the information or indictment, or to the

petition to revoke, or to the Court's entry of judgment against the defendant and imposition of sentence upon the defendant providing the sentence is consistent with this agreement. The sentence is in accordance with this agreement if the sentence imposed is within the stipulated range or below the stipulated range if the Court grants a variance. The defendant further waives: (1) any right to appeal the Court's entry of judgment against defendant; (2) any right to appeal the imposition of sentence upon defendant under 18 U.S.C. § 3742 (sentence appeals); (3) any right to appeal the district court's refusal to grant a requested variance; (4) any right to collaterally attack defendant's conviction and sentence under 28 U.S.C. § 2255, or any other collateral attack; and (5) any right to file a motion for modification of sentence, including under 18 U.S.C. § 3582(c). The defendant acknowledges that this waiver shall result in the dismissal of any appeal or collateral attack the defendant might file challenging his/her conviction or sentence in this case. If the defendant files a notice of appeal or a habeas petition, notwithstanding this agreement, defendant agrees that this case shall, upon motion of the government, be remanded to the district court to determine whether defendant is in breach of this agreement and, if so, to permit the government to withdraw from the plea agreement. This waiver shall not be construed to bar a claim by the defendant of ineffective assistance of counsel.

REINSTITUTION OF PROSECUTION

Nothing in this agreement shall be construed to protect the defendant in any way from prosecution from perjury, false declaration or false statement, or any other offense committed by the defendant after the date of this agreement. In addition, if the defendant commits any criminal offense between the date of this agreement and the date of sentencing, the government will have the right to withdraw from this agreement. Any information, statements, documents and evidence which the defendant provides to the United States pursuant to this agreement may be

- 3 -

used against the defendant in all such proceedings.

If the defendant's guilty plea is rejected, withdrawn, vacated, or reversed by any court in a later proceeding, the government will be free to prosecute the defendant for all charges as to which it has knowledge and any charges that have been dismissed because of this plea agreement will be automatically reinstated.  In such event, the defendant waives any objections, motions, or defenses based solely upon the Speedy Trial Act or the Sixth Amendment to the Constitution as to the delay occasioned by the later proceedings.

<u>DISCLOSURE OF INFORMATION TO THE U.S. PROBATION OFFICE</u>

Defendant fully understands and agrees to cooperate fully with the United States Probation Office in providing all criminal history information, i.e., all criminal convictions as defined under the Sentencing Guidelines, all financial information (i.e., present financial assets or liabilities) that relate to the ability of the defendant to pay a fine or restitution, all history of drug abuse which would warrant a treatment condition as part of sentencing, and all history of mental illness or conditions which would warrant a treatment condition as part of sentencing.

<u>EFFECT ON OTHER PROCEEDINGS</u>

This agreement does not preclude the United States or any state entity from instituting any civil or administrative proceedings as may be appropriate now or in the future. The defendant and the Government agree that this agreement does not in any manner restrict the actions of the Government in any other district or bind any other United States Attorney's Office. The defendant and the Government also agree that neither the Commander, US Army Garrison, Fort Huachuca, Arizona, nor the Commanding General, US Army Intelligence Center of Excellence, Fort Huachuca, Arizona, are parties to this agreement and may take other administrative, non-punitive action against the defendant, including suspending or revoking the

- 4 -

defendant's Fort Huachuca driving privileges and/or barring the defendant from entering Fort Huachuca.

### WAIVER OF DEFENDANT'S RIGHTS AND FACTUAL BASIS

I have conferred with an attorney. I have read each of the provisions of the entire plea agreement with the assistance of counsel and understand its provisions. I understand that by entering a plea of guilty, I will be giving up my right to plead not guilty; to trial by jury; to confront, cross-examine, and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination; all with the assistance of counsel, to be presumed innocent until proven guilty beyond a reasonable doubt, and to appeal.

I agree to enter my guilty plea as indicated above on the terms and conditions set forth in this agreement. I understand the nature of the charge to which I am entering my guilty plea. I further understand the nature and range of the possible sentence.

My guilty plea is not the result of force, threats, assurance or promises other than the promises contained in this agreement. I agree to the provisions of this agreement as a voluntary act on my part, rather than at the direction of or because of the recommendation of any other person, and I agree to be bound according to its provisions.

I agree that this written plea agreement contains all the terms and conditions of my plea and that promises made by anyone that are not contained within this written plea agreement are without force and effect and are null and void.

I am competent to understand the terms of this written agreement. I am not now on or under the influence of any drug, medication, liquor, or other intoxicant or depressant, which would impair my ability to fully understand the terms and conditions of this plea agreement.

1       I agree that the following facts accurately describe my conduct in connection with the

2   offense to which I am pleading guilty and that if this matter were to proceed to trial the

3

4   government could prove these facts beyond a reasonable doubt:

5       On or about September 2nd, 2013, Daniel Hoffman recklessly damaged government

6   property, a Morale, Welfare, and Recreation – Fort Huachuca (an entity of the Department of

7   Defense) storage shed, Building 48062 on Fort Huachuca, Arizona, by breaking away the door

8   and window cover to the structure.

9

10       On or about December 15th, 2012, Daniel Hoffman knowingly and unlawfully took

11   control two electric generators, the government property of Morale, Welfare, and Recreation –

12   Fort Huachuca (an entity of the Department of Defense) without lawful authority, from Building

13   48062 on Fort Huachuca, Arizona, with the intent to deprive the other person, the government, of

14   such property.  The generators were valued approximately $1,000.00

15

16

17     1 - 12 - 15

18   Date                                DANIEL HOFFMAN
                                        Defendant
19

20   ### DEFENSE ATTORNEY'S APPROVAL

21       I have discussed this case and the plea agreement with my client in detail and have advised

22   the defendant of all matters within the scope of Rule 11 of the Federal Rules of Criminal

23   Procedure, the constitutional and other rights of an accused, the factual basis for and the nature

24   of the offense to which the guilty plea will be entered, possible defenses, and the consequences

25

26   of the guilty plea including the maximum statutory sentence possible.  I have further discussed

27   the sentencing guideline concept with the defendant.  No assurance, promises, or representations

28

1  have been given to me or to the defendant by the United States or by any of its representatives

2  which are not contained in this written agreement.

3       I concur in the entry of this plea as indicated above and on the terms and conditions set

4  forth in this agreement as in the best interests of my client.  I agree to make a bona fide effort to

5  ensure that the guilty plea is entered in accordance with all the requirements of Rule 11 of the

6

7  Federal Rules of Criminal Procedure.

8  _____1-15 12 - 2015_____          _____

9  Date                                              Bradley Armstrong
                                                      Attorney for Defendant
10

11                        GOVERNMENT'S APPROVAL

12       I have reviewed this matter and the plea agreement.  I agree on behalf of the United States

13  that the terms and conditions set forth are appropriate and are in the best interests of justice.

14

15

16                                              JOHN S. LEONARDO
                                                United States Attorney
17                                              District of Arizona

18  __12  JAN  15__                          _____

19  Date                                              SAMUEL SILERIO
                                                      Special Assistant U.S. Attorney
20

21

22

23

24

25

26

27

28

- 7 -