UNITED STATES DISTRICT COURT　　　　　　　　　　　　　MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 1/12/2015　　　　CASE NUMBER: 14-07103 PO-TUC-JR

\*\*\*\*\*amended 1/14/15 to reflect correct year for sentencing date 2015

USA vs. Daniel Hoffman

DEFENDANT: ☒ PRESENT　☐ NOT PRESENT　☒ RELEASED　☐ CUSTODY

U.S. MAGISTRATE JUDGE: JACQUELINE M. RATEAU　Judge #: 70BN

U.S. Attorney Samuel Silerio　　　　　　　　　INTERPRETER REQ'D N/A

Attorney for Defendant Brad Armstrong (CJA)

☒ Oral Consent to be tried by Magistrate Judge signed ☒ Misdemeanor Offense ☐ Petty Offense

☒ Plea of Guilty entered as to Ct(s) 1 & 2 of the Information

☒ Court accepts defendant's plea and finds plea to be freely and voluntarily given.

☐ Court finds factual basis insufficient to accept defendant's plea of guilty to Ct(s) ___ of ___

☐ Order Videotape Deposition set for _____, vacated.

☐ **PSI ORDERED**　☒ Time waived for passage of sentence　☐ Probation violation

☒ Matter continued for sentencing to **2/12/2015 AT 9:00 AM BEFORE MAGISTRATE JUDGE RATEAU..**

☐ Attorney for defendant waives the 10-day requirement within which to review the presentence report.

---

**SENTENCING**: Defendant committed to ☐ Bureau of Prisons for a period of _____

☐ jail type institution for a period of _____

---

☐ In addition, defendant shall ☐ serve a term of _____ ☐ is placed on a period of _____ supervised/unsupervised ☐ release ☐ probation on the condition that defendant violate no law of the United States of America and no law of any state of the United States of America; that the defendant shall make the required reports and carry out the directions of the probation officer tending toward defendant's rehabilitation.

☐ If the Immigration & Naturalization Services authorities cause the defendant to leave the United States of America, no reports shall be required of defendant.

☐ Additional conditions of probation: _____

☐ Defendant is fined the sum of $_____　☐ Defendant is assessed the sum of REMITTED. Assessment is payable IMMEDIATELY.

☐ Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) ___ be dismissed.

☐ Order bond be exonerated. Bond _____

OTHER: Pre-sentence report does not need to be prepared. Government files a Sentencing Memorandum with attachments. THEREAFTER memorandum and attachments were returned to the government for redaction of defendant's identifying information and for proper electronic filing. Copies of the unredacted Memorandum given to the judge for consideration in sentencing.

Recorded by Courtsmart　　　COP: 7 min
BY: Peggie Robb
Deputy Clerk

Start time: 10:40
Stop time: 10:47