JOHN S. LEONARDO
United States Attorney
District of Arizona
SAMUEL SILERIO
Special Assistant United States Attorney
ATTN: ATZS-JAE
Fort Huachuca, AZ 85613-7025
Telephone:  520-533-5524
Email: samuel.j.silerio.mil@mail.mil
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No:  14-07103M-P-TUC_JR |
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| vs. | |
| Daniel Hoffman, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits its sentencing memorandum.

**THE DEFENDANT HAS MULTIPLE THEFT CONVICTIONS, AND HAS VIOLATED THE TERMS OF HIS PROBATION FOR THOSE PAST CONVICTIONS ON MORE THAN ONE OCCASION.**

There should be no downward variances or departures granted in this case.  The defendant has an extensive criminal history, including felony convictions for attempted theft and attempted identify theft as well as misdemeanor convictions for theft, knowingly displaying fictitious plate, failure to appear in violation of a written promise to appear, and driving with a suspended license.

The defendant has been placed on probation for his past convictions, and has violated the terms of probation on at least two instances.  In September of 2014, the defendant was found to be out-of-place, in violation of his intensive, home-arrest. And in October of 2014, his probation officer reports that the defendant used illegal drugs.

1    The defendant's current charges of theft and criminal damage follow the

2 defendant's criminal patterns. Despite his promises and despite his lenient treatment, he

3 has continued to fault the law.  In order to promote respect for the law and in order to

4 meet all of the goals of sentencing, he should be sentenced to 180 days in custody for this

5 offense.

6

7    Exhibit 1 – Defendant's Criminal History via Lexis Search / 9 January 2015

8    Exhibit 2 – U.S. Pretrial Services Report / 1 April 2014

9    Exhibit 3 – Eight Photos of Recovered Generator from September 2013

10   Exhibit 4 – Four Photos of Building 48062 on 16 December 2013

11

12   Respectfully submitted this 15th day of January, 2015.

13

14                    JOHN S. LEONARDO
                     United States Attorney
15                   District of Arizona

16                   *s/ Samuel Silerio*

17                   Samuel Silerio
                     Special Assistant United States Attorney
18

19 Copy of the foregoing served electronically or by
   other means this 15th day of January, 2015, to:
20
   Bradley Armstrong, Esq.
21

22

23

24

25

26

27

28