**1 OF 10 RECORD(S)**

# Arizona Court Report

**Offender information**
- Name: HOFFMAN, DANIEL ARTHUR
- Address: ▓▓▓▓▓▓
  - ▓▓▓▓▓ AZ 85▓▓
  - ▓▓▓▓ COUNTY
- Case Number: S-0200-CR-201400137
- Case Filing Date: 03/20/2014
- DOB: ▓▓▓▓
- SSN: ▓▓▓-XX-XXXX
- Race: ▓▓▓
- Sex: ▓▓▓

**Offenses**
**Offense #1**
- Case Filing Date: 03/20/2014
- Court Description: COCHISE COUNTY SUPERIOR
- Court Case Number: S-0200-CR-201400137
- Court Offense: THEFT REMOVES SHIELD DEVICE
- Court Disposition: COURT DISMISSAL WITH PREJUDICE
- Court Disposition Date: 07/14/2014
- Court Level/Degree: FELONY

**Offense #2**
- Case Filing Date: 03/20/2014
- Court Description: COCHISE COUNTY SUPERIOR
- Court Case Number: S-0200-CR-201400137
- Court Offense: ATTEMPTED-ORG RETAIL THEFT-ARTIFICE
- Court Disposition: GUILTY
- Court Disposition Date: 07/14/2014
- Court Level/Degree: FELONY

**Court Activity**
[NONE FOUND]

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Legal Compliance

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**2 OF 10 RECORD(S)**

# Arizona Court Report

**Offender information**
- Name: HOFFMAN, DANIEL ARTHUR
- Address: ▓▓▓▓▓▓



, AZ 85████
████ COUNTY
Case Number: J-0202-CR-201400191
Case Filing Date: 03/13/2014
DOB: ████
SSN: ████XXXX
Race: ████
Sex: ████

**Offenses**
Offense #1
    Case Filing Date: 03/13/2014
    Court Description: DOUGLAS JUSTICE
    Court Case Number: J-0202-CR-201400191
    Court Offense: ORGANIZED RETAIL THEFT-USE OF ARIFICE TO REMOVE
    Court Disposition: SUPERVENING INDICTMENT
    Court Disposition Date: 03/25/2014
    Court Level/Degree: FELONY

Offense #2
    Case Filing Date: 03/13/2014
    Court Description: DOUGLAS JUSTICE
    Court Case Number: J-0202-CR-201400191
    Court Offense: THEFT REMOVES SHIELD DEVICE
    Court Disposition: SUPERVENING INDICTMENT
    Court Disposition Date: 03/25/2014
    Court Level/Degree: FELONY

**Court Activity**
[NONE FOUND]

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Legal Compliance

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**3 OF 10 RECORD(S)**

# Arizona Court Report

**Offender information**
    Name: HOFFMAN, DANIEL ARTHUR
    Address: ████
    ████, AZ 85████
    ████ COUNTY
    Case Number: J-0205-CR-20140465
    Case Filing Date: 03/13/2014
    DOB: ████
    SSN: ████XXXX
    Race: ████
    Sex: ████

**Offenses**

Case Filing Date: 03/13/2014
Court Description: SIERRA VISTA JUSTICE
Court Case Number: J-0205-CR-20140465
Court Offense: NOT SPECIFIED

**Court Activity**
[NONE FOUND]

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Legal Compliance

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**4 OF 10 RECORD(S)**

# Arizona Court Report

### Offender information

Name: HOFFMAN, DANIEL ARTHUR
Address: ███████████
         ███████ AZ 85████
         ██████COUNTY
Case Number: J-0202-CR-201400105
Case Filing Date: 02/10/2014
DOB: ████
SSN: ████XXXX
Race: ████
Sex: ████

### Offenses
**Offense #1**

Case Filing Date: 02/10/2014
Court Description: DOUGLAS JUSTICE
Court Case Number: J-0202-CR-201400105
Court Offense: POSSESS CANCELLED OR FICTITIOUS DRIVER LICENSE
Court Disposition: COMPL DISMISSED BY CTY ATTY
Court Disposition Date: 05/21/2014
Court Level/Degree: MISDEMEANOR

**Offense #2**

Case Filing Date: 02/10/2014
Court Description: DOUGLAS JUSTICE
Court Case Number: J-0202-CR-201400105
Court Offense: SHOPLIFTING-REMOVAL OF GOODS
Court Disposition: COMPL DISMISSED BY CTY ATTY
Court Disposition Date: 05/21/2014
Court Level/Degree: MISDEMEANOR

**Court Activity**
[NONE FOUND]

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Legal Compliance

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

## 5 OF 10 RECORD(S)

# Arizona Court Report

### Offender information

|  |  |
|---|---|
| Name: | HOFFMAN, DANIEL ARTHUR |
| Address: | [redacted] AZ 85[redacted] [redacted] COUNTY |
| Case Number: | J-0202-TR-201400226 |
| Case Filing Date: | 02/10/2014 |
| DOB: | [redacted] |
| SSN: | [redacted]XXXX |
| Race: | [redacted] |
| Sex: | [redacted] |

### Offenses
**Offense #1**

|  |  |
|---|---|
| Case Filing Date: | 02/10/2014 |
| Court Description: | DOUGLAS JUSTICE |
| Court Case Number: | J-0202-TR-201400226 |
| Court Offense: | DRIVE WITH LICENSE SUSPENDED/REVOKED/CANCELLED |
| Court Disposition: | PLEA GUILTY/RESP SENT IMPOSED |
| Court Disposition Date: | 03/14/2014 |
| Court Level/Degree: | MISDEMEANOR |

**Offense #2**

|  |  |
|---|---|
| Case Filing Date: | 02/10/2014 |
| Court Description: | DOUGLAS JUSTICE |
| Court Case Number: | J-0202-TR-201400226 |
| Court Offense: | FAILURE TO APPEAR - WRITTEN PROMISE TO APPEAR |
| Court Disposition: | PLEA GUILTY/RESP SENT SUSPEND |
| Court Disposition Date: | 03/14/2014 |
| Court Level/Degree: | MISDEMEANOR |

### Court Activity
[NONE FOUND]

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Legal Compliance

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**6 OF 10 RECORD(S)**

## Arizona Court Report

**Offender information**

          Name: HOFFMAN, DANIEL ARTHUR
          Address: ▓▓▓▓▓▓
                  AZ 85▓▓▓
                  COUNTY
      Case Number: S-0200-CR-201400040
  Case Filing Date: 01/30/2014
            DOB: ▓▓▓
            SSN: ▓▓▓XXXX
           Race: ▓
            Sex: ▓

**Offenses**

**Offense #1**

    Case Filing Date: 01/30/2014
  Court Description: COCHISE COUNTY SUPERIOR
 Court Case Number: S-0200-CR-201400040
      Court Offense: FRAUDULENT SCHEMES/ARTIFICES
  Court Disposition: COURT DISMISSAL WITH PREJUDICE
Court Disposition Date: 07/14/2014
 Court Level/Degree: FELONY

**Offense #2**

    Case Filing Date: 01/30/2014
  Court Description: COCHISE COUNTY SUPERIOR
 Court Case Number: S-0200-CR-201400040
      Court Offense: ATTEMPTED-TAKING IDENTITY OF ANOTHER
  Court Disposition: GUILTY
Court Disposition Date: 07/14/2014
 Court Level/Degree: FELONY

**Court Activity**
[NONE FOUND]

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Legal Compliance

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**7 OF 10 RECORD(S)**

## Arizona Court Report

**Offender information**

          Name: HOFFMAN, DANIEL ARTHUR
          Address: ▓▓▓▓▓
                  AZ 85▓▓▓

**COUNTY**
Case Number: J-0205-CR-20132029
Case Filing Date: 10/24/2013
DOB:
SSN: XXXX
Race:
Sex:

**Offenses**
**Offense #1**
Case Filing Date: 10/24/2013
Court Description: SIERRA VISTA JUSTICE
Court Case Number: J-0205-CR-20132029
Court Offense: FRAUDULENT SCHEMES/ARTIFICES
Court Disposition: SUPERVENING INDICTMENT
Court Disposition Date: 01/31/2014
Court Level/Degree: FELONY

**Offense #2**
Case Filing Date: 10/24/2013
Court Description: SIERRA VISTA JUSTICE
Court Case Number: J-0205-CR-20132029
Court Offense: FRAUDULENT USE OF CREDIT CARD
Court Disposition: SUPERVENING INDICTMENT
Court Disposition Date: 01/31/2014
Court Level/Degree: FELONY

**Offense #3**
Case Filing Date: 10/24/2013
Court Description: SIERRA VISTA JUSTICE
Court Case Number: J-0205-CR-20132029
Court Offense: TAKING IDENTITY OF ANOTHER
Court Disposition: SUPERVENING INDICTMENT
Court Disposition Date: 01/31/2014
Court Level/Degree: FELONY

**Court Activity**
[NONE FOUND]

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Legal Compliance

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**8 OF 10 RECORD(S)**

# Arizona Court Report

**Offender information**
Name: HOFFMAN, DANIEL ARTHUR
Address:
AZ 85
COUNTY

          **Case Number:** J-0205-CR-20130878
      **Case Filing Date:** 05/24/2013
                **DOB:**
                **SSN:** XXXX
                **Race:**
                  **Sex:**

**Offenses**

      **Case Filing Date:** 05/24/2013
  **Court Description:** SIERRA VISTA JUSTICE
 **Court Case Number:** J-0205-CR-20130878
       **Court Offense:** NOT SPECIFIED

**Court Activity**
[NONE FOUND]

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Legal Compliance

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**9 OF 10 RECORD(S)**

# Arizona Court Report

**Offender information**

                  **Name:** HOFFMAN, DANIEL ARTHUR
              **Address:**
                            AZ 85
                            COUNTY
         **Case Number:** J-0205-CR-20130764
     **Case Filing Date:** 05/08/2013
               **DOB:**
               **SSN:** XXXX
              **Race:**
               **Sex:**

**Offenses**

     **Case Filing Date:** 05/08/2013
 **Court Description:** SIERRA VISTA JUSTICE
**Court Case Number:** J-0205-CR-20130764
      **Court Offense:** NOT SPECIFIED

**Court Activity**
[NONE FOUND]

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation

Your GLBA Permissible Use is: Legal Compliance

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**10 OF 10 RECORD(S)**

# Arizona Court Report

### Offender information

**Name:** HOFFMAN, DANIEL ARTHUR
**Address:** ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓, AZ 85▓▓▓
▓▓▓▓▓▓ COUNTY
**Case Number:** J-0205-CR-20130219
**Case Filing Date:** 02/06/2013
**DOB:** ▓▓▓
**SSN:** ▓▓▓-▓▓-XXXX
**Race:** ▓▓▓
**Sex:** ▓▓▓

### Offenses
**Offense #1**

**Case Filing Date:** 02/06/2013
**Court Description:** SIERRA VISTA JUSTICE
**Court Case Number:** J-0205-CR-20130219
**Court Offense:** KNOWINGLY DISPLAY FICTITIOUS PLATE
**Court Disposition:** GUILTY
**Court Disposition Date:** 03/11/2013
**Court Level/Degree:** MISDEMEANOR

**Offense #2**

**Case Filing Date:** 02/06/2013
**Court Description:** SIERRA VISTA JUSTICE
**Court Case Number:** J-0205-CR-20130219
**Court Offense:** THEFT-CONTROL PROPERTY
**Court Disposition:** GUILTY
**Court Disposition Date:** 03/11/2013
**Court Level/Degree:** MISDEMEANOR

### Court Activity
[NONE FOUND]

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Legal Compliance

Copyright© 2015 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.