# U.S. Pretrial Services
## District of Arizona
## MEMORANDUM

**DATE:** April 1, 2014

**TO:** The Honorable Eric J. Markovich
U.S. Magistrate Judge

**FROM:** Perla Barron
U.S. Pretrial Services Officer Assistant

**SUBJECT:** Hoffman, Daniel
CVB Report

---

The National Crime Information Center (NCIC) and the Arizona Criminal Justice Information System (ACJIS) revealed the following criminal record for the defendant:

| Date/Place | Charge | Disposition |
|---|---|---|
| 02/05/2013<br>Sheriff's Office<br>Bisbee, AZ | Ct. 1) Theft/Control of Property (M)<br>Ct. 2) Knowingly Displaying a False License Plate (M) | Ct. 1&2) 03/11/2013:<br>Fine imposed |

Page 2
RE: Hoffman, Daniel
April 1, 2014

| Date/Place | Charge | Disposition |
|---|---|---|
| 05/08/2013<br>Police Department<br>Sierra Vista, AZ | Ct. 1) Theft/Control of Property (M)<br>Ct. 2) Trafficking Identification with Unlawful Intent (F)<br>Ct. 3) Trafficking Identification with Unlawful Intent (F)<br>Ct. 4) Trafficking Identification with Unlawful Intent (F)<br>Ct. 5) Trafficking Identification with Unlawful Intent (F)<br>Ct. 6) Trafficking Identification with Unlawful Intent (F)<br>Ct. 7) Trafficking Identification with Unlawful Intent (F)<br>Ct. 8) Trafficking Identification with Unlawful Intent (F)<br>Ct. 9) Trafficking Identification with Unlawful Intent (F)<br>Ct. 10) Trafficking Identification with Unlawful Intent (F)<br>Ct. 11) Forgery with a Written Instrument (F)<br>Ct. 12) Forgery with a Written Instrument (F)<br>Ct. 13) Forgery with a Written Instrument (F)<br>Ct. 14) Forgery with a Written Instrument (F)<br>Ct. 15) Forgery with a Written Instrument (F)<br>Ct. 16) Forgery with a Written Instrument (F)<br>Ct. 17) Forgery with a Written Instrument (F)<br>Ct. 18) Forgery with a Written Instrument (F)<br>Ct. 19) Forgery with a Written Instrument (F)<br>Ct. 20) Forgery with a Written Instrument (F) | Ct. 1-3) 05/13/2013: No complaint filed<br>Ct. 4-20) Unknown |

Page 3
RE: Hoffman, Daniel
April 1, 2014

| Date/Place | Charge | Disposition |
|---|---|---|
| 05/23/2013<br>Police Department<br>Sierra Vista, AZ | Ct. 1) Fraudulent Use of a Credit Card (M)<br>Ct. 2) Theft: Obtaining by Misrepresentation (M)<br>Ct. 3) Taking the Identity of Another (F)<br>Ct. 4) Fraudulent Schemes/Artifices (F)<br>Ct. 5) Taking the Identity of Another (F)<br>Ct. 6) Fraudulent Use of a Credit Card (F) | Ct. 1-3) 05/29/2013: No complaint filed<br>Ct. 4-6) Unknown |
| 02/03/2014<br>Police Department<br>Douglas, AZ | Ct. 1) Shoplifting: Removal of Goods (M)<br>Ct. 2) Possession of a Cancelled/False Driver License (M) | Ct. 1&2) 04/16/2014: Pretrial conference scheduled |

Page 4
RE: Hoffman, Daniel
April 1, 2014

| Date/Place | Charge | Disposition |
|---|---|---|
| 03/12/2014<br>Police Department<br>Sierra Vista, AZ | Ct. 1) Burglary in the Third Degree (F)<br>Ct. 2) Theft/Control of a Credit Card (F)<br>Ct. 3) Theft/Control of a Credit Card (F)<br>Ct. 4) Theft/Control of a Credit Card (F)<br>Ct. 5) Violation of Promise to Appear (M)<br>Ct. 6) Fraudulent Use of a Credit Card (F)<br>Ct. 7) Fraudulent Use of a Credit Card (F)<br>Ct. 8) Fraudulent Use of a Credit Card (F)<br>Ct. 9) Fraudulent Use of a Credit Card (F)<br>Ct. 10) Fraudulent Use of a Credit Card (F)<br>Ct. 11) Fraudulent Use of a Credit Card (F)<br>Ct. 12) Fraudulent Use of a Credit Card (F)<br>Ct. 13) Fraudulent Use of a Credit Card (F)<br>Ct. 14) Fraudulent Use of a Credit Card (F)<br>Ct. 15) Fraudulent Use of a Credit Card (F)<br>Ct. 16-26) Taking the Identity of Another (F) | Ct. 1-26) Unknown |

Page 5
RE: Hoffman, Daniel
April 1, 2014

FEDERAL SUPERVISION:

The defendant is not on federal supervision.

Should the Court have any questions, please do not hesitate to contact this officer at (520) 205-4368 or on cell phone at (520) 269-1897.