**Law Office of Bradley J. Armstrong, PLLC**
239 North Meyer Avenue-
Tucson, Arizona 85701
(520) 884-7997
(520) 884-1122 fax
**BRADLEY J. ARMSTRONG**
SBN 018222

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 14-PO-7103-TUC-JR |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SENTENCING MEMORANDUM** |
| | ) | |
| DANIEL HOFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the Defendant Daniel Hoffman, by and through undersigned counsel and does hereby submit this Sentencing Memorandum for the Court's consideration.

The government is asking for 180 days confinement for Mr. Hoffman for offenses that occurred in 2012 and 2013. Since the time of the last offense in this Information, Mr. Hoffman was placed on probation by the Superior Court, Cochise County. By all accounts Mr. Hoffman is succeeding on Intensive Probation ("IPS"), which began in July of 2014. As part of Mr. Hoffman's current strictly supervised probation he is participating in drug testing and is working full-time. It is not likely his employer will hold his job for any significant period of time and the prospects of locating other work for a felon in Sierra Vista are not promising. Additionally, Mr. Hoffman is married and the father of two small children.

A sentence of probation in this case would satisfy the requirements of 18 USC §3553. Mr. Hoffman is a young man (27 years old), who was apparently actively using illegal drugs

around the time of these incidents in this case, the most recent of which occurred 18 months in the past.  Since being placed on probation by the State of Arizona Mr. Hoffman has performed well on supervision.  In the event he were to fail to continue to do well, this Court has ample recourse available to it in terms of incarceration, as does the State of Arizona.  In summary, Mr. Hoffman has ample motivation to continue the positive progress he has demonstrated.

RESPECTFULLY SUBMITTED this 9th  day of February, 2015.

s/  Bradley J. Armstrong
BRADLEY J. ARMSTRONG