| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 14-07103-001-PO-TUC-JR |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: DANIEL HOFFMAN | DISTRICT District Of Arizona | DIVISION Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE Jacqueline M. Rateau | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/12/15 — TO 02/11/19 |

**OFFENSE**
ARS 13-1602, Criminal Damage, a Class C Misdemeanor and ARS 13-1802.A.1 Theft, a Class B Misdemeanor

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Mexico upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_12/17/15_                            _Jacqueline M. Rateau_
Date                                  United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF NEW MEXICO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____        /United States ~~District Judge~~
Effective Date