| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 14-07103-001-PO-TUC-JR |
| | | DOCKET NUMBER (Rec. Court) |
| | | 16-132 VJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| DANIEL HOFFMAN | District Of Arizona | Tucson |
| | NAME OF SENTENCING JUDGE | |
| | Jacqueline M. Rateau | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 02/12/15 — TO 02/11/19 |

OFFENSE
ARS 13-1602, Criminal Damage, a Class C Misdemeanor and ARS 13-1802.A.1 Theft, a Class B Misdemeanor

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Mexico upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/18/15
Date

_Jacqueline M. Rateau_
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

01-15-16
Effective Date

_Robert Brack_
United States District Judge